# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

DATE: September 12, 2018

**U.S. Magistrate Judge Camille Vélez Rivé**

AUSA Jonathan Gottfried

UNITED STATES OF AMERICA

Plaintiff
v.

José Rivera (1)
Omar Enrique (2)
Ernesto González (3)
José Cabrera (4)

Defendant(s)

Return of Indictment by the Grand Jury
Criminal No.18-579 (GAG)

Indictment was filed in open court.

**Arraignment & Bail** is set for 9/13/2018 @ 9:00 AM to be held in courtroom #10 before U.S. Magistrate Judge Marcos E. López

Case is assigned to U.S. District Judge Gustavo A. Gelpí

**NEW CASE:**

( ) This Indictment supersedes Criminal Case No._____

( ) The Court granted the governments oral motion to unseal the Indictment.

( X ) Defendant(s) has appeared in Magistrate Case No. 18-1372 (M) This case having been merged, is hereby closed.

( ) Defendant(s) has/have not appeared in a Magistrate Case.

( ) Defendant(s) is/are to remain on same conditions of release. This case having been merged, is hereby closed.

( X ) Defendant(s) is under custody. Marshal to produce defendant(s).

   As to defendant(s) ____ warrant of arrest and/or writs to be issued. Arraignment Hearing to be set upon arrest.

( ) Defendant(s) _____ Clerk to notify: ( ) Defendant   ( ) Sureties.

( ) Summons to be issued.  ( ) U. S. Marshal or agents are to serve summons.   ( ) Clerk to send summons by mail.

S/Cristina Dones-Taylor
Courtroom Deputy Clerk

Time in Court: 1 minute